

Frith & Ellerman
LAW FIRM, PC

dfrith@frithlawfirm.com
540.985.0098

P.O. Box 8248  Roanoke, VA 24014  |  303 Washington Avenue, SW  Roanoke, VA 24016  |  www.frithlawfirm.com  |  Facsimile: 540.985.9198

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 19 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

October 19, 2011

Judge Robert Ballou
Western District of Virginia
United States Magistrate Judge
210 Franklin Road, Room 540
Roanoke, VA 24011

VIA HAND-DELIVERY

Re:   Douglass Vanduser v. Purdy Bros. Trucking Company Inc. et al
      Civil Action No. 7:11-CV-317

Dear Judge Ballou:

Please find enclosed a ~~Fed~~ EXPRESS MAIL Ex Package our office received this morning around 11:00am. We have not opened it or examined the contents in any way, but it appears to be from Dr. Kidambi's office in Ocala Florida. Of course, his records are subject to a Motion to Quash that is being considered by the Court at present.

I certify I have not seen any of the enclosed nor have I opened the package, shared its contents with co-counsel, anyone else in our office, or our client.

Should you have any questions or concerns about the enclosed, do not hesitate to contact our office.

Respectfully Submitted,

Lauren M. Ellerman

LME

Enclosure

cc:   Scott Fell, Esquire (w/o enclosures via email)